13:12:40

```
           IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF DELAWARE


ORBIS OPPORTUNITY FUND, LP,  )
et al.,                      )
                             )
          Plaintiffs,        )
                             ) C.A. No. 20-0040(RGA)
v.                           )
                             )
DAVID ALAN BOYER, et al.,    )
                             )
          Defendants.        )


                    Tuesday, December 6, 2022
                    5:13:00 p.m.
                    Teleconference


                    844 King Street
                    Wilmington, Delaware


BEFORE:   THE HONORABLE RICHARD G. ANDREWS
          United States District Court Judge




APPEARANCES:


               SEITZ, VAN OGTROP & GREEN, P.A.
               BY:  JAMES S. GREEN, ESQ.

               -and-

               ECOFF CAMPAIN TILLES & KAY, LLP
               BY:  LAWRENCE C. ECOFF, ESQ.


                         Counsel for the Plaintiffs
```

```
 1    APPEARANCES CONTINUED:

 2
                KELIN LLC
 3              BY:   JULIA BETTINA KELIN, ESQ.

 4                    Counsel for the Defendants

 5

 6                    - - - - - - - - - -

 7

17:13:22  8

17:13:33  9            THE COURT:  Hi.  This is Judge Andrews.  Can
17:13:36 10   anybody hear me?
17:13:39 11            MR. GREEN:  Yes, Judge Andrews.  This is Jim
17:13:42 12   Green.  We can hear you fine.
17:13:43 13            THE COURT:  And do I understand that Mr. Boyer
17:13:46 14   maybe and Ms. Klein are also on the line?
17:13:57 15            MR. GREEN:  Yes, Your Honor.  This is Jim Green
17:13:59 16   and my co-counsel, Larry Ecoff is on as well.
17:14:02 17            THE COURT:  So, hi, Mr. Ecoff.  The way this is
17:14:07 18   set up, is this like Mr. Green's phone is connected to
17:14:15 19   Ms. Klein and/or Mr. Boyer and so I'm only directly
17:14:21 20   connected to him.
17:14:24 21            MR. GREEN:  Yes, Your Honor.  I scheduled a
17:14:26 22   conference call and then from that I conferenced in the
17:14:30 23   Court.
17:14:30 24            THE COURT:  I was only wondering, I can hear you
17:14:32 25   fine, and I guess I can hear Mr. Ecoff.  Ms. Klein, you're
```

```
17:14:37  1    out there.
17:14:40  2                   MS. KLEIN:  I am.  Can you hear me?
17:14:42  3                   THE COURT:  Yes, I can.  But it's not coming
17:14:45  4    through as clear.  And is Mr. Boyer out there, too?
17:14:51  5                   MR. BOYER:  Yes, I'm here.
17:14:52  6                   THE COURT:  All right.  So I gather based on
17:14:55  7    this letter that was received by my staff earlier today that
17:15:01  8    Ms. Klein, you're more or less prepared to represent
17:15:08  9    Mr. Boyer in this Case No. 20-40 that's filed in the
17:15:16 10    District Court here?
17:15:18 11                   MS. KLEIN:  Yes, Your Honor.  I was contacted on
17:15:23 12    Sunday about possible representation and then I took a quick
17:15:31 13    look at the case and I am happy to represent Mr. Boyer, but
17:15:39 14    I understand typical procedure would be for me to be
17:15:44 15    retained by Mr. Boyer and then file a motion to postpone the
17:15:52 16    upcoming trial.  But I did not want to enter my appearance
17:16:00 17    because I did not want to be stuck with filing a motion
17:16:05 18    which I understand to be opposed, would be opposed by
17:16:12 19    plaintiff's counsel.
17:16:13 20                   I did speak with plaintiff's counsel this
17:16:18 21    morning, so I did not want to be stuck, you know, filing a
17:16:22 22    motion and then having to appear for a trial next week.
17:16:27 23                   THE COURT:  All right.
17:16:29 24                   MS. KLEIN:  So I'm happy to -- I apologize.
17:16:32 25                   THE COURT:  No, no, you paused long enough for
```

17:16:36  1    me to think you were finished, but you weren't, so I
17:16:39  2    interrupted you.  So why don't you finish.
17:16:42  3              MS. KLEIN:  So I am prepared to represent
17:16:48  4    Mr. Boyer, but I am not prepared to proceed with trial next
17:16:55  5    week for obvious reasons.  I understand that there is a long
17:17:03  6    procedural history, I would have to get up to speed.  I do
17:17:07  7    have a preexisting obligation to file a post-trial brief
17:17:16  8    which is due on Friday, and then -- so I don't have the
17:17:23  9    wherewithal to get up to speed in time to represent him in
17:17:30 10    trial next week.
17:17:31 11              THE COURT:  All right.  So I understand that,
17:17:35 12    Ms. Klein.  Let me ask you a question which is if I said
17:17:40 13    okay, yes, we will postpone this for a brief time, are you
17:17:44 14    guaranteeing me that you will be representing Mr. Boyer?
17:17:49 15              MS. KLEIN:  Yes.
17:17:59 16              THE COURT:  Okay.
17:18:01 17              MS. KLEIN:  And the reason I hesitate is, I
17:18:05 18    hesitated is because we still have to figure out the
17:18:10 19    financial, but yes, based on Mr. Boyer's representations to
17:18:17 20    me, I will be representing him going forward and I will get
17:18:23 21    up to speed as fast as I can.
17:18:27 22              THE COURT:  All right.  So you hesitated for the
17:18:29 23    reason why I thought you might be hesitating which is, you
17:18:37 24    know, I wouldn't want to be in a position of okay, the trial
17:18:42 25    is postponed for a reasonable period and oh, guess what,

17:18:47  1  Mr. Boyer has not satisfied financially, so we're just where
17:18:51  2  we are, but we're two months later.  I take it you probably
17:18:55  3  understand my concern?
17:18:59  4              MS. KLEIN:  I understand, Your Honor.  And I
17:19:01  5  will represent to Your Honor that I will figure out the
17:19:05  6  financials with Mr. Boyer and if Your Honor is inclined to
17:19:11  7  postpone the trial, I will commit to represent him going
17:19:16  8  forward.  And I will not file any motions to withdraw as
17:19:20  9  counsel based on nonpayment.
17:19:22 10              THE COURT:  Okay.  All right.  Thank you.
17:19:26 11              So Mr. Green or Mr. Ecoff, I do understand you
17:19:32 12  oppose continuance of the trial that's scheduled for next
17:19:39 13  week and if you want to speak, I'll let you speak, but it
17:19:43 14  does appear to me to be in the interest of justice to give
17:19:47 15  Mr. Boyer the opportunity that he's apparently taken at the
17:19:52 16  last minute to have -- to be represented by counsel, and you
17:20:00 17  know, based on the pretrial order that was filed, it seemed
17:20:04 18  to me that there were a maximum of three witnesses in this
17:20:08 19  case, and so I think we could postpone the trial to, you
17:20:14 20  know, about February or something, and give Ms. Klein and
17:20:21 21  her client an opportunity to actually engage with you on a
17:20:27 22  pretrial order, and then have a trial that would be much
17:20:35 23  better for the justice system to have her representing
17:20:39 24  Mr. Boyer than to have him being pro se.
17:20:43 25              So Mr. Green or Mr. Ecoff, is there anything you

17:20:47  1  want to say?
17:20:50  2           MR. ECOFF:  Your Honor, thank you.  I understand
17:20:53  3  the Court's thought process.  The only thing I'm concerned
17:20:59  4  about is this, Your Honor, I'm assuming A, that discovery is
17:21:02  5  closed, and I say that for the reason that over the
17:21:08  6  depositions of Mr. Boyer, and even Mr. Plasco of recent,
17:21:13  7  there are all these documents that are out there that we
17:21:16  8  requested and never received.  We were prepared to proceed
17:21:19  9  to trial, the fact that they haven't produced documents that
17:21:22 10  they have said they have but haven't produced, I don't want
17:21:25 11  to be faced now with a counsel coming in and finding that we
17:21:29 12  have thousands and thousands of pages of documents that have
17:21:34 13  now surfaced.
17:21:35 14           Just to give you an example, I conducted the
17:21:38 15  deposition of Mr. Plasco and asking for documents, during
17:21:43 16  the deposition he literally went on the computer and started
17:21:46 17  reading documents to me of communications with my client,
17:21:49 18  the plaintiffs, and these have been be requested but they
17:21:52 19  were never provided, so that's my one concern, Your Honor,
17:21:55 20  is knowing that discovery is closed, not now being faced
17:21:57 21  with a barrage of new documents, never seen, never produced
17:22:01 22  that just surfaced all of a sudden, which I know that the
17:22:06 23  defendants have, that Mr. Boyer has because he admitted to
17:22:09 24  it in his deposition but just hasn't provided them.
17:22:12 25           THE COURT:  Leaving aside the question of why

| | |
|---|---|
| 17:22:15  1 | you need to get from Mr. Boyer communications with your |
| 17:22:18  2 | clients as opposed to just getting them from your clients, |
| 17:22:22  3 | that is probably a question for another day, but yeah, I |
| 17:22:26  4 | think, you know, Mr. Boyer pro se has chosen to litigate |
| 17:22:31  5 | this case as he has when he had an attorney and when he |
| 17:22:35  6 | doesn't have an attorney, so yeah, I'm not thinking that |
| 17:22:38  7 | we're starting over from scratch here.  But I think that if |
| 17:22:43  8 | we -- so what I think ought to happen is Ms. Klein ought to |
| 17:22:48  9 | enter her appearance.  I will continue the trial.  I do |
| 17:22:56 10 | think that there is probably a week sometime in February or |
| 17:23:05 11 | March area which you can work out with my staff when we |
| 17:23:11 12 | could schedule this trial. |
| 17:23:12 13 | And, you know, barring a major snowstorm, you'll |
| 17:23:18 14 | have your trial, everybody will have their trial, and so -- |
| 17:23:23 15 | and also work out with my staff a date to submit an actual |
| 17:23:30 16 | pretrial order that represents counsel's input for |
| 17:23:41 17 | Mr. Boyer.  So that's what I would like to do. |
| 17:23:44 18 | Ms. Klein, do you think you would be able to |
| 17:23:47 19 | enter your appearance by Thursday of this week? |
| 17:23:50 20 | MS. KLEIN:  Of course, Your Honor.  And to your |
| 17:23:52 21 | point, I'm not entirely sure what the status of the |
| 17:24:02 22 | discovery is.  I did briefly confer with opposing counsel |
| 17:24:09 23 | this morning.  I'm happy to extend discovery deadlines or |
| 17:24:17 24 | any deadlines and cure any deficiencies in discovery to the |
| 17:24:23 25 | extent that they are warranted. |

```
17:24:33   1                THE COURT:  All right.
17:24:35   2                MS. KLEIN:  The issue I also had is with my
17:24:41   3    client, with my potential client last night is we did
17:24:45   4    submit, or he did submit a pretrial order which I did not
17:24:52   5    review.  I did not feel comfortable reviewing and signing,
17:24:59   6    but I would request leave to amend that pretrial order as
17:25:05   7    necessary once I'm up to speed.  I'm happy to --
17:25:10   8                THE COURT:  That's what I'm imaging, Ms. Klein,
17:25:15   9    that's what I'm imagining, Ms. Klein, will happen.  So first
17:25:20  10    thing is to get your appearance in in this case.  When you
17:25:24  11    do that, I'm going to continue the trial.  And I would ask
17:25:29  12    that, you know, you and plaintiff's counsel, you know,
17:25:37  13    promptly confer on the fact that you are now in the case and
17:25:43  14    whatever -- and figure out whether there is anything that
17:25:51  15    needs to be done other than schedule a new trial date and a
17:25:55  16    pretrial conference.  And, you know, and I plan to do it, to
17:26:01  17    have the trial promptly.  Okay?
17:26:09  18                MS. KLEIN:  Yes.  And I'm very happy to confer
17:26:12  19    with plaintiff's counsel.  Thank you, Your Honor.  We'll
17:26:17  20    definitely work together.
17:26:20  21                THE COURT:  All right.
17:26:22  22                MS. KLEIN:  So just so I'm clear, Your Honor is
17:26:29  23    expecting -- Your Honor is going to enter an order on the
17:26:34  24    docket continuing this?
17:26:38  25                THE COURT:  Yes.
```

```
17:26:39  1              MS. KLEIN:  I don't need to file a motion to
17:26:41  2   continue the trial?
17:26:43  3              THE COURT:  No, Ms. Klein.  I'm treating the
17:26:46  4   letter that was filed pro se as the motion.  All I really
17:26:49  5   want to do is get you on the docket as you're in the case
17:26:54  6   representing Mr. Boyer, and then the trial will be continued
17:26:59  7   by my staff with no further input needed from you all.
17:27:04  8   There may be some order about a date to get back in touch
17:27:08  9   with a plan for how to bring this case to a head.  But
17:27:15 10   really that's all I need from you right now is for you to
17:27:18 11   enter your appearance.
17:27:21 12              MS. KLEIN:  I will do so, Your Honor.  I will do
17:27:23 13   so first thing in the morning.  Thank you so much.
17:27:26 14              THE COURT:  All right.  Thank you.  Anything
17:27:30 15   further, Mr. Green or Mr. Ecoff?
17:27:35 16              MR. GREEN:  Nothing from me, Your Honor.  This
17:27:37 17   is Jim Green.
17:27:38 18              MR. ECOFF:  Nothing, Your Honor.  Lawrence
17:27:40 19   Ecoff.
17:27:41 20              THE COURT:  Thank you, counsel, all counsel and
17:27:43 21   Mr. Boyer, for your ability to get on the phone this
17:27:47 22   afternoon.  And so we will do what I've said and hopefully
17:27:52 23   move in a direction towards getting the case resolved.
17:27:54 24              All right.  So we'll be -- I will be hanging up
17:28:03 25   now.  Thank you very much.
```

1        **(Teleconference concluded at 5:28 p.m.)**

3                 **I hereby certify the foregoing is a true and
   accurate transcript from my stenographic notes in the proceeding.**

5                              **/s/ Dale C. Hawkins**
                              **Official Court Reporter**
6                              **U.S. District Court**