IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| ORBIS OPPORTUNITY FUND, LP, a Delaware Limited Partnership; ORBIS OPPORTUNITY FUND (CAYMAN), LP, a Cayman entity, | |
|---|---|
| Plaintiffs, | C.A. No. 1:20-cv-00040-RGA |
| v. | |
| DAVID ALAN BOYER, an individual; SAVANNA LEASING LLC, a Florida limited liability company; ODYSSEY ENGINES, LLC, | |
| Defendants. | |

## JOINT EXHIBIT LIST FOR TRIAL

The parties hereby submit the following list of exhibits that they presently intend to use at trial set to commence on May 15, 2023. Such exhibits do not include impeachment evidence.

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 1 | Email from Boyer to Max Shishlyannikov, dated May 7, 2017, with attachments | | | yes |
| Exhibit 2 | Email from Alan Boyer to Vincent Ordonneau, dated May 10, 2017 | | | yes |
| Exhibit 3 | Limited Liability Company Agreement for Juno Engines US LLC | | | yes |
| Exhibit 4 | Limited Liability Company Agreement for Juno Engines Cayman LLC | | | yes |

1

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 5 | Written Resolutions of the Managing Member of the Company | | | yes |
| Exhibit 6 | License Agreement between Juno Engines US and Savanna Leasing LLC | | | yes |
| Exhibit 7 | Servicing Agreement between Savanna Leasing and Juno Engines US | | | yes |
| Exhibit 8 | Servicing Agreement between Savanna Leasing and Juno Engines Cayman | | | yes |
| Exhibit 9 | Engine Sale Agreement between PCB Aviation Holdings and Juno Engines US LLC, for JT8D-219 engines with serial number 696364 | | | yes |
| Exhibit 10 | Engine Warranty Bill of Sale for JT8D-219 engine serial number 696364 from PCB Aviation to Juno Engines US | | | yes |
| Exhibit 11 | Engine Technical Acceptance Receipt for JT8D-219, with serial number 696364 | | | yes |
| Exhibit 12 | Form of Warranty Bill of Sale between KTTSC, Inc. and DVASH Aviation | | | |
| Exhibit 13 | Aircraft Engine Lease Agreement between DVASH Aviation and Private Tock Company Ukraine | | | yes |
| Exhibit 14 | Engine Sale Agreement between DVASH Aviation and Juno Engines Cayman, LLC, for CFM engine serial number 724382 | | | yes |

2

| Exhibit | Description | Plaintiffs' Objection | Defendant's Objection | Admission |
|---|---|---|---|---|
| Exhibit 15 | Engine Warranty Bill of Sale for CFM engine serial number 724382 from DVASH Aviation to Juno Engines Cayman | | | yes |
| Exhibit 16 | Engine Technical Acceptance Receipt for CFM, with serial number 724382 | | | yes |
| Exhibit 17 | Assignment, Assumption and Amendment Agreement, dated June 19, 2017, between Juno Engines Cayman LLC and Private Stock Company Ukraine, and DVASH Aviation Holdings, for CFM56-3C1, engine serial number 724382 | | | yes |
| Exhibit 18 | Form of Warranty Bill of Sale for engine serial number 725930, between JMD Aviation and Global Engine Maintenance | | | |
| Exhibit 19 | JMD Aviation Holdings Aircraft Lease Agreement with Blue Air Airlines | | | yes |
| Exhibit 20 | Engine Sale Agreement between JMD Aviation Holdings and Juno Engines Cayman, LLC, for CFM56-3C1 engine serial number 725930 | | | yes |
| Exhibit 21 | Engine Warranty Bill of Sale for CFM engine serial number 725930 from JMD Aviation to Juno Engines Cayman | | | |
| Exhibit 22 | Engine Technical Acceptance Receipt for CFM, with serial number 725930 | | | yes |

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 23 | Assignment, Assumption and Amendment Agreement, dated June 19, 2017, between Juno Engines Cayman LLC and Blue Air Airline Management Solutions, for CFM56-3C1, Serial number 725930 | | | yes |
| Exhibit 24 | Warranty Bill of Sale, dated November 2016, between Kalitta Equipment and Roush Aviation, LLC, for engine serial number P726149v | | | yes |
| Exhibit 25 | Engine Sale Agreement between Roush Aviation Services and Juno Engines US LLC, for JT8D-219 engines with serial number 726149 | | | yes |
| Exhibit 26 | Engine Warranty Bill of Sale for JT8D-219 engine serial number 726149 from Roush Aviation to Juno Engines US | | | |
| Exhibit 27 | Engine Technical Acceptance Receipt for JT8D-219, with serial number 726149 | | | yes |
| Exhibit 28 | Aircraft Engine Bill of Sale between LCH and Roush dated 2016 | | | |
| Exhibit 29 | Aircraft Engine Lease Agreement between P.T. Airfast Indonesian and Savanna Leasing | | | yes |
| Exhibit 30 | Engine Sale Agreement between Roush Aviation Services and Juno Engines Cayman, LLC, for JT8D-219 engine, with serial number P709880D | | | yes |

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 31 | Engine Warranty Bill of Sale for JT8D-219 engine, with serial number P709880D from Roush Aviation to Juno Engines Cayman | | | yes |
| Exhibit 32 | Engine Technical Acceptance Receipt for JT8D-219, with serial number P709880D | | | yes |
| Exhibit 33 | Assignment, Assumption and Amendment Agreement, dated June 19, 2017, between Juno Engines Cayman LLC and P.T. Airfast Indonesia, for JT8D-219, Serial number P709880D | | | yes |
| Exhibit 34 | Engine Bill of Sale between PCB Aviation and Roush Aviation, dated October 18, 2016 | | | yes |
| Exhibit 35 | Aircraft Engine Lease Agreement between P.T. Airfast Indonesia and PCB Aviation Holdings | | | yes |
| Exhibit 36 | Engine Sale Agreement between PCB Aviation Holdings and Juno Engines Cayman, LLC, for JT8D-219 engine serial number P725604D | | | yes |
| Exhibit 37 | Engine Warranty Bill of Sale for JT8D-219 engine serial number P725604D from PCB Aviation to Juno Engines Cayman | | | |
| Exhibit 38 | Engine Technical Acceptance Receipt for JT8D-219, with serial number P725604D | | | yes |

| Exhibit | Description | Plaintiffs' Objection | Defendant's Objection | Admission |
|---|---|---|---|---|
| Exhibit 39 | Assignment, Assumption and Amendment Agreement, dated June 19, 2017, between Juno Engines Cayman LLC and P.T. Airfast Indonesia, for JT8D-219, Serial number P725604D | | | yes |
| Exhibit 40 | Orbis Opportunity Fund (Cayman) Bank Statement for September 2017 | | | yes |
| Exhibit 41 | Orbis Opportunity Fund (Cayman) Bank Statement for November 2017 | | | yes |
| Exhibit 42 | Email string between Inna Zhuranskaya to Paul Pickett, et al., dated March 30, 2018 to April 17, 2018 | | Foundation; Hearsay | |
| Exhibit 43 | Email string between Inna Zhuranskaya and Paul Pickett, et al., dated March 30, 2018 t0 May 9, 2018 | | Foundation; Hearsay | |
| Exhibit 44 | Email from Inna Zhuranskaya to Paul Pickett, et al., dated June 2, 2018 | | Foundation; Hearsay | yes |
| Exhibit 45 | Email from Paul Pickett to Inna Zhuranskaya, dated June 11, 2018 | | Foundation; Hearsay | yes |
| Exhibit 46 | Email from Alan Boyer to Inna Zhuranskaya, dated June 29, 2018 | | Foundation; Hearsay | yes |
| Exhibit 47 | Email from Alan Boyer to Inna Zhuranskaya, dated June 29, 2018 | | Foundation; Hearsay | |
| Exhibit 48 | Membership Interest Purchase Agreement | | | yes |

6

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 49 | Email dated July 11, 2018, between Jay Gould and Alan Boyer | | | |
| Exhibit 50 | Email string dated July 16, 2018 from John Alexander to Steve Glauberman | | Foundation; Hearsay | yes |
| Exhibit 51 | Email dated August 6, 2018 from Evan Kass to Alan Boyer with attachment | | | yes |
| Exhibit 52 | Aircraft Engine Purchase Agreement between Savanna Leasing, LLC and Jet Engine Investors II, LP | | | yes |
| Exhibit 53 | Amendment #01 to Aircraft Engine Purchase Agreement | | | yes |
| Exhibit 54 | mba |morten beyer & agnew Extended Desktop Appraisal of Sixty-Six (66) JT8 Engines & Ten (10) CFM56-3Ca Engines (November 13, 2017) | Hearsay | | yes |
| Exhibit 55 | mba |morten beyer & agnew Extended Desktop Appraisal of Seventy-Five (75) Pratt and Whitney JT8 Engines (May 21, 2018) | Hearsay | | |
| Exhibit 56 | Letter from TIAA to Odyssey Engines, LLC dated August 11, 2017 | Document never was produced to Plaintiffs; Hearsay | | |
| Exhibit 57 | Stock Purchase Agreement between OSCODA Engine Services Corp, TIMCO Aviation Services, Inc., and TICO Engine Center, Inc. dated February 27, 2018 | | | |
| Exhibit 58 | HAECO Americas Engine Services Appraisal Report (April 20, 2018) | Hearsay; Relevance | | |

7

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 59 | Engine Mortgage, Security Agreement and Lease Assignment dated as of December 1, 2017 between Savanna Leasing II LLC and Wells Fargo Bank Northwest, N.A. | Document never was produced to Plaintiffs; Relevance | | |
| Exhibit 60 | Loan and Security Agreement dated as of December 1, 2017 between Savanna Leasing II LLC and Wells Fargo Bank Northwest, N.A. | Document never was produced to Plaintiffs; Relevance | | |
| Exhibit 61 | Defendant Boyer's Responses to Plaintiffs' Requests for Admissions | | | |
| Exhibit 62 | Servicing Agreement among Savanna Leasing, LLC, and Juno Engines Cayman LLC (June 19, 2017) | Document never was produced to Plaintiffs, potentially same as Exhibit 7 | | |
| Exhibit 63 | Engine Sale Agreement between PCB Aviation Holdings, LLC and Juno Engines US, LLC (June 9, 2017) | Document never was produced to Plaintiffs, potentially same as Exhibit 9 | | |
| Exhibit 64 | Engine Sale Agreement between Roush Aviation Services, LLC and Juno Engines US, LLC (July 8, 2017, 2017) | Document never was produced to Plaintiffs, potentially same as Exhibit 25 | | |
| Exhibit 65 | mba |morten beyer & agnew Extended Desktop Appraisal of Sixty-Six (66) JT8 Engines (December 1, 2017) | Document never was produced to Plaintiffs; Hearsay; Relevance | | |
| Exhibit 66 | Gilchrist Aviation Law Legal Opinion dated August 16, 2018 | Document never was produced to Plaintiffs; Hearsay; Foundation; Relevance | | |

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 67 | Supplement No. 4 to Engine Mortgage Security Agreement and Lease Agreement between Savanna Leasing LLC and Wells Fargo Bank Northwest, N.A. (August 16, 2018) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 68 | Engine Mortgage, Security Agreement and Lease Assignment dated as of December 1, 2017 between Savanna Leasing II LLC and Wells Fargo Bank Northwest, N.A. | Document never was produced to Plaintiffs; Hearsay; Relevance | | |
| Exhibit 69 | Financing Agreement between Odyssey Engines LLC and Q Charger (August 12, 2015) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 70 | QCharger - Odyssey - Collateral Release Instrument No. 1 (December 1, 2017) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 71 | QCharger - Odyssey - Collateral Release Instrument No. 1 (December 1, 2017) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 72 | Second Omnibus Amendment Agreement between Odyssey Engines LLC, Turbine Engine Center, Inc., Savanna Leasing LLC and Qcharger (December 1, 2017) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 73 | Mortgage and Security Agreement between Odyssey Engines, LLC, Turbine Engine Center, Inc., Air Transport Technologies, Inc., Savanna Leasing LLC and | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| | Q Charger (August 12, 2015) | | | |
| Exhibit 74 | General Security Agreement Odyssey Engines, LLC, Turbine Engine Center, Inc., Air Transport Technologies, Inc., Savanna Leasing LLC and Q Charger (August 12, 2015) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 75 | Term Sheet- Delta - commitment letter (August 17, 2017) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 76 | TIAA-Savanna Leasing II (Delta) Pledge and Security Agreement (December 1, 2017) | Document never was produced to Plaintiffs; Foundation; Hearsay; Relevance | | |
| Exhibit 77 | Ukraine Aircraft Engine Lease Agreement | Document never was produced to Plaintiffs, potentially the same as Exhibit 13; Hearsay; | | |
| Exhibit 78 | Aircraft Engine Lease General Terms Agreement between Delta Airlines, Inc. and Savanna Leasing (July 1, 2014) | Document never was produced to Plaintiffs | | |
| Exhibit 79 | Delta Lease Amendment 1 | Document never was produced to Plaintiffs | | |
| Exhibit 80 | Delta Lease Amendment 2 | Document never was produced to Plaintiffs | | |
| Exhibit 81 | Delta Lease Amendment 3 | Document never was produced to Plaintiffs | | |
| Exhibit 82 | Engine Sales Agreement between Roush Aviation Services and PCB Aviation Holdings, LLC (October 18, | Document never was produced to Plaintiffs, potentially the | | |

10

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| | 2016) | same as Exhibit 34 | | |
| Exhibit 83 | Equipment Sale and Purchase Agreement between Jet Engine Technology and PCB Aviation Holdings, LLC (August 18, 2016) | Document never was produced to Plaintiffs | | |
| Exhibit 84 | Jet Engine Technology Bill of Sale | Document never was produced to Plaintiffs | | |
| Exhibit 85 | Aircraft Engine Sale Agreement between LCH Trading Inc, and Roush Aviation Services, LLC (February 8, 2016) | Document never was produced to Plaintiffs, potentially same as Exhibit 28 | | |
| Exhibit 86 | Engine Sale and Purchase Agreement between KTTSC, Inc. and DVASH Aviation Holdings, LLC (March 22, 2017) | Document never was produced to Plaintiffs. Potentially same as Exhibit 12 | | |
| Exhibit 87 | Bill of Sale between Roush Aviation Services, LLC and PBC Aviation Holdings, LLC (October 18, 2016) | Document never was produced to Plaintiffs, potentially same as Exhibit 34 | | |
| Exhibit 88 | Engine Sale and Purchase Agreement between JMD Aviation Holdings, LLC and Global Engine Maintenance, LLC (February 27, 2017) | Document never was produced to Plaintiffs, potentially same as Exhibit 18 | | |
| Exhibit 89 | Engine Purchase Agreement between Kalitta Equipment and Roush Aviation, LLC (November 21, 2016) | Document never was produced to Plaintiffs, potentially same as Exhibit 24 | | |
| Exhibit 90 | Engine Sale and Purchase Agreement between KTTSC, Inc. and JMD Aviation Holdings, LLC (March 2017) | Document never was produced to Plaintiffs, potentially same as Exhibit 12 | | |
| Exhibit 91 | Delta Lease Amendment 4 | Document never was produced to Plaintiffs | | |

| EXHIBIT | DESCRIPTION | PLAINTIFFS' OBJECTION | DEFENDANT'S OBJECTION | ADMISSION |
|---|---|---|---|---|
| Exhibit 92 | Delta Lease Amendment 5 | Document never was produced to Plaintiffs | | |
| Exhibit 93 | Delta Lease Amendment 6 | Document never was produced to Plaintiffs | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |
| Exhibit | | | | |

DATED: May 4, 2023                    SEITZ, VAN OGTROP & GREEN, P.A.

/s/ James S. Green, Jr.
James S. Green, Jr. (DE Bar No. 4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-0600

Lawrence C. Ecoff, Esq. (SBN 143814)
*Pro Hac Vice*
Ecoff Campain Tilles & Kay, LLP
280 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
(310) 887-1850

*Counsel for Plaintiffs*

DATED: May 4, 2023                    KLEIN LLC

/s/ Julia Klein
Julia B. Klein (#5198)
225 West 14th Street, Suite 600
Wilmington, DE 19801
(302) 438-0456

*Counsel for Defendant Boyer*

12